UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| ERIC D. SMITH,            ) | |
|        Plaintiff,            ) | |
| ) | NO. 3:05 CV 112 |
| v.            ) | |
| ) | |
| MAXIMUM CONTROL FACILITY, et al.,    ) | |
|        Defendants.            ) | |

OPINION AND ORDER

Eric D. Smith, a *pro se* prisoner, was denied leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915(g). He was afforded the opportunity to pay the filing fee, but the deadline has now passed and he has not paid it. Therefore, this case will be dismissed for non-payment of the filing fee. Nevertheless, plaintiff is required to pay the filing fee using the methods of 28 U.S.C. § 1915. *See Newlin v. Helman*, 123 F.3d 429 (7th Cir. 1997). For the foregoing reasons, the court:

    (1) **DISMISSES** the complaint without prejudice;

    (2) **ORDERS** plaintiff Eric D. Smith, IDOC # 112675, to pay (and the facility having custody of him to automatically remit) to the clerk of this court 20 percent of the money he receives for each calendar month during which he receives $ 10.00 or more, until the $ 250.00 filing fee is paid in full; and,

    (3) **DIRECTS** the clerk to ensure that a copy of this order is mailed to the facility where plaintiff is currently housed.

                                            **SO ORDERED.**

    **Enter**: May 2, 2005

                                            ____s/James T. Moody_____
                                            JUDGE JAMES T. MOODY
                                            UNITED STATES DISTRICT COURT